UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| WESLEY McINTOSH,<br><br>      Plaintiff,<br><br>  v.<br><br>SKID ROW HOUSING TRUST, et al.,<br><br>      Defendant(s). | Case No. CV 13-4143 RGK (AJW)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE |

      Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the Report and Recommendation of Magistrate Judge ("Report"). No objections to the Report were filed within the time allowed. Good cause appearing, the Court accepts the findings and recommendations contained in the Report.

      **IT IS SO ORDERED**.

DATED: July 22, 2014

_____
      R. GARY KLAUSNER
United States District Judge