# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES--GENERAL

Case No.  CV13-4143 RGK (AJW)                               Date: October 22, 2014

**Title: <u>Wesley McIntosh v. Skid Row Housing Trust, et al.</u>**
=================================================
PRESENT:         **HON. <u>ANDREW J. WISTRICH</u>, MAGISTRATE JUDGE**

<u>Ysela Benavides</u>               _____
         Deputy Clerk          Court Reporter


ATTORNEYS PRESENT FOR PLAINTIFFS:      ATTORNEYS PRESENT FOR DEFENDANTS:
          None Present                          None Present

**ORDER TO SHOW CAUSE REGARDING DISMISSAL**

On July 22, 2014, an order was filed accepting the Report and Recommendation, and a copy of that order was mailed to plaintiff at his address of record.  On July 29, 2014, that order was returned in the mail by the United States Postal Service with the notation "Addressee Unknown" on the envelope.  As of the date of this order, plaintiff has not filed a notice of address change.

Local Rule 41-6 requires a pro se litigant "to keep the Court and opposing parties apprised of such party's current address and telephone number, if any, and e-mail address, if any." Local Rule 41-6 also authorizes dismissal of an action for want of prosecution if mail sent to a pro se plaintiff's address of record "is returned undelivered by the Postal Service," and, within fifteen days of the service date, the plaintiff fails to notify the Court and opposing parties in writing of his or her current address. C.D. Cal. Local R. 41-6.

Accordingly, within **twenty-one (21) days** of the date of this order, plaintiff is ordered to show cause, if any there be, why this action should not be dismissed pursuant to Local Rule 41-6.  Plaintiff may attempt to show cause by filing a declaration under penalty of perjury, with supporting exhibits if needed.

**Plaintiff is cautioned that failure to respond to this order within the time allowed, or failure to show good cause as described in this order, may lead to the dismissal of this action with prejudice. <u>See</u> Fed. R. Civ. P. 41(b); C.D. Cal. Local R. 41-6.**


**IT IS SO ORDERED.**

cc:      Parties