UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| WESLEY McINTOSH,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>SKID ROW HOUSING TRUST, et al<br><br>　　　　Defendant(s). | Case No. CV 13-4143 RGK (AJW)<br><br>J U D G M E N T |

**IT IS ADJUDGED** that this action is dismissed in its entirety with prejudice.

DATED: November 19, 2014

_____
R. GARY KLAUSNER
United States District Judge